### 12027. DANFORTH *v.* THE STATE.

BLOODWORTH, J. 1. The motion for new trial contained only usual general grounds; the verdict was amply authorized by the evidence; and the court did not err in declining to grant a new trial.

*Judgment affirmed. Broyles, C. J., and Luke J., concur.*

DECIDED MARCH 8, 1921.

Indictment for larceny from house; from Bibb superior court — Judge Terrell presiding. December 4, 1920.

*Hubert F. Rawls, Walter J. Grace,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.

---

### 12028. FELDER *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial, which contained only the usual general grounds.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 8, 1921.

Accusation of possession of intoxicating liquor; from city court of Houston county — Judge Riley. November 1, 1920.

*A. C. Riley Jr., Emmett Houser,* for plaintiff in error.

*Robert E. Brown, solicitor,* contra.